THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY D. NORRIS,

    Plaintiff,

v.

MATTHEW WHITAKER, et al.,

    Defendants.

3:19-CV-151
(JUDGE MARIANI)

## ORDER

AND NOW, THIS  3rd  DAY OF SEPTEMBER, 2020, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 18) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 18) is **ADOPTED** for the reasons set forth therein.

2. Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 12) is **GRANTED**.

3. Plaintiff's Amended Complaint (Doc. 11) is **DISMISSED WITH PREJUDICE**.[1]

4. This Clerk of Court is directed to **CLOSE** this case.

                                              Robert D. Mariani
                                              United States District Judge

---

[1] Although the R&R recommends that Defendants' motion to dismiss be granted, it does not specifically state whether the Amended Complaint should be dismissed with, or without, prejudice. However, upon consideration of the current state of the law, the specific facts of this case, and Judge Carlson's apt legal and factual analysis, it is clear that granting Plaintiff leave to amend his complaint in the present case would be futile.